IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

MITCHELL WARE JONES,

    Appellant,

v.

                                                      Case No. 5D23-1157
                                                      LT Case No. 2023-MM-013234

STATE OF FLORIDA,

    Appellee.
_____/

Opinion filed July 18, 2023

Appeal from the County Court
for Brevard County,
Michelle Vitt Baker, Judge.

Mitchell Ware Jones, Mims, pro se.

Ashley Moody, Attorney General, Tallahassee
and Kaylee D. Tatman, Assistant Attorney
General, Daytona Beach, for Appellee.

PER CURIAM.

    AFFIRMED. <u>See</u> Fla. R. App. P. 9.315(a).

EISNAUGLE, HARRIS and BOATWRIGHT, JJ., concur.